IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL FRANCIS BUTIEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>SAMUEL LEWIS, et al.,<br><br>    Respondents. | CIV 95-393-TUC-JMR<br><br>O R D E R |

On June 22, 1995, Petitioner Daniel Francis Butierez, presently confined in the Winchester Unit of the Arizona State Prison Complex in Tucson, Arizona (ASPC-Tucson),[1] filed with the Clerk of the Court a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner also filed a Declaration In Support Of Request To Proceed In Forma Pauperis.

By Order of this Court filed August 14, 1995, the Petition was dismissed without prejudice for failure to exhaust state remedies. Judgment in this case was entered on August 15, 1995.

On July 8, 1998, Petitioner filed an untitled pleading (Document #5)

---

[1] When Petitioner filed the Petition, he was confined in the Arizona State Prison Complex in Winslow, Arizona (ASPC-Winslow).

1

(Pleading) in this case, in which he alleges that he has now exhausted all state remedies and states that he is "wondering if this Honorable Court could assist me in this matter." (Pleading at 1). Petitioner lists six (6) issues raised in the Arizona Supreme Court and further states that "[w]hat I believe needs to be done in my case, is it needs to be remanded back to the Trial Court, my class two reinstated, and my acquittal entered." (Pleading at 2-3).

Judgment was entered in this case almost three (3) years ago, and this case was closed. Therefore, the Court will direct the Clerk of the Court to strike this Pleading from the record in this case.

Although the Court could possibly construe the Pleading as a new Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and direct the Clerk of the Court to open a new case for it, the Court will not do so because the Pleading is not on a Court-approved petition form as required by Rule 3.3(a) of the Rules of Practice of the U.S. District Court for the District of Arizona (Local Rules). Instead, the Court will direct the Clerk of the Court to send Petitioner a Court-approved petition form to use in filing a new habeas action in this Court, if he so desires.

In so doing, the Court notes that Petitioner failed to provide a copy for the District Judge of his Pleading as required by Rule 1.9(g) of the Local Rules. Petitioner is cautioned that a clear and legible copy of every pleading or other document filed in any action before this Court must accompany each original pleading or other document filed with the Clerk for use by the District Judge or Magistrate Judge to whom the case is assigned, and that failure to comply with this requirement may result in the pleading or document being stricken from the record without further notice to Petitioner.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is DIRECTED

2

1 | TO STRIKE FROM THE RECORD Petitioner's untitled pleading (Document #5).
2 | **IT IS FURTHER ORDERED** that the Clerk of the Court is DIRECTED
3 | to provide Petitioner with a current Court-approved form for filing a Petition for
4 | Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Dated this 24 day of July, 1998.

JOHN M. ROLL
United States District Judge